**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2088**

_____

RONALD BRUNSON,

                    Plaintiff – Appellant,

         v.

FEDERAL BUREAU OF INVESTIGATION,

                    Defendant - Appellee.

_____

**No. 11-2097**

_____

RONALD BRUNSON,

                    Plaintiff – Appellant,

         v.

UNITED STATES DISTRICT COURT, District of South Carolina;
CENTRAL INTELLIGENCE AGENCY; FEDERAL BUREAU OF
INVESTIGATION; STEVE PATTERSON, Intercity Broadcasting;
NAACP, National Association Advancement Colored People;
STATE EXECUTIVE DIRECTOR, NAACP; PRESIDENT RUBY JOHNSON,

                    Defendants - Appellees.

_____

Appeals from the United States District Court for the District
of South Carolina, at Columbia.  Paige Jones Gossett, Magistrate
Judge.  (3:11-cv-02132-JFA; 3:11-cv-02313-JFA)

_____

Submitted: January 31, 2012          Decided: February 2, 2012

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Ronald Brunson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Ronald Brunson seeks to appeal the magistrate judge's reports recommending that the district court, dismiss Brunson's complaints. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); <u>Cohen v. Beneficial Indus. Loan Corp.</u>, 337 U.S. 541, 545-46 (1949). The orders Brunson seeks to appeal are neither final orders nor are they appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>